Matter of Stanz v State of New York Dept. of Motor Vehicles (2025 NY Slip Op 05435)

Matter of Stanz v State of New York Dept. of Motor Vehicles

2025 NY Slip Op 05435

Decided on October 3, 2025

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on October 3, 2025

PRESENT: WHALEN, P.J., BANNISTER, GREENWOOD, NOWAK, AND KEANE, JJ. (Filed Oct. 3, 2025.) 

MOTION NO. (16/25) TP 24-00518.

[*1]IN THE MATTER OF MICHAEL T. STANZ, DOING BUSINESS AS DUNCAN MOTOR CARS SALES & SERVICE, INC., PETITIONER, 
v
STATE OF NEW YORK DEPARTMENT OF MOTOR VEHICLES, RESPONDENT.

MEMORANDUM AND ORDER
Motion for reargument denied.